IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-01816-JLK**

**In re: GARY LYNN SCHAMBERS**

**FURER DEVELOPMENT AND MANAGEMENT, INC., a Colorado corporation, and DEVIN SQUARE, LLC, a Colorado limited liability company,**

       Plaintiffs,

v.

**GARY LYNN SCHAMBERS,**

       Defendant.

---

## ORDER

Kane, J.

The Defendant has filed a document entitled "Request for Jury Trial and Request to Transfer Case to U.S. District Court"(doc. #1). Both requests are DENIED. One assumes that these requests are meant to be a Motion to Withdraw the Order of Reference to Bankruptcy Court. No grounds are stated in the motion and no basis for the motion can be gleaned. The Plaintiffs have filed an "Objection to Defendant's Motion to Withdraw the Reference" (doc. #3), stating as grounds therefore that the motion or "request" is untimely and that there is no issue triable of right to a jury. The objection is sustained on both grounds. Subsequently, Defendant filed a pleading entitled "Defendants's Reply to Plaintiffs' Response to Defendant's Request for Jury Trial and Request to Transfer Case to U.S. District Court"(doc. #6), and the court has considered it as such.

IT IS ORDERED for the foregoing reasons the Motion to Withdraw the Order of

Reference is DENIED, and

    IT IF FURTHER ORDERED that this case is remanded to the Bankruptcy Court for further proceedings not inconsistent with this order.

    Dated this 30th day of August, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court